No. 11–10798.  INMAN v. SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 11–10799.  RICHARDS v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 11–10800.  SWANK v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 11–10802.  NELSON v. HOLDER, ATTORNEY GENERAL, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–10803.  NAJERA v. WYOMING.  C. A. 10th Cir.  Certiorari denied.

No. 11–10804.  LABORDE v. VIRGINIA ET AL.  C. A. 4th Cir. Certiorari denied.

No. 11–10805.  WHITMORE v. HILL ET AL.  C. A. 10th Cir. Certiorari denied.

No. 11–10806.  KING v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–10807.  LEE v. CULLY, SUPERINTENDENT, COLLINS CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 11–10808.  JIGGETTS v. CITY OF NEW YORK, NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–10809.  JOHNSON v. SISTO, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–10811.  TABANSI, AKA PEW v. JONES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–10812.  TERRY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–10813.  TURNER v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 11–10815.  SHEHATA v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.  C. A. 9th Cir.  Certiorari denied.